UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

19-2197

SECT.B MAG.3

SHAWNDRIKA LAWRENCE                                             CIVIL ACTION

VERSUS                                                                            No. 2016-0430
CENTER PROPERTIES LLC, ET AL.
STATE FARM FIRE AND CASUALTY CO                     SECTION:

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE,** that, pursuant to 28 U.S.C. § 1441 AND 1446, Plaintiff Shawndrika Lawrence, hereby removes this civil action from the 34th Judicial District Court of Louisiana, where it is currently pending Case No. 2016-0430, to The United States Eastern District Court of Louisiana. This Court has original jurisdiction over this case pursuant to both 28 U.S.C. § 1331 (Federal Question), 28 U.S.C. § 1332 (Diversity of Citizenship), and 28 U.S.C. § 1442 (Federal Officer Removal), on the grounds that this civil claim arises under the Constitution, laws, or treaties of the United States.

TENDERED FOR FILING

MAR 07 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**GROUNDS FOR REMOVAL**

### I. Federal Question Jurisdiction

Plaintiff filed an amended complaint on February 5, 2019 adding St. Bernard Parish Government Housing and Redevelopment and Re Max Real Estate Partners Corporation as Defendants under the Fifth and Fourteenth Amendment under the United States Constitution.

### II. Complete Diversity of Citizenship Exists Between Plaintiffs and All Defendants.

Plaintiff Shawndrika Lawrence is a resident, citizen and domiciliary of the State of Louisiana, and is, therefore, a citizen of Louisiana, Defendant Center Properties Agent Anthony Vo is a resident, citizen and domiciliary of the State of Texas, and is, therefore, a citizen of Texas, Defendant State Farm Fire and Casualty Corporation is a foreign insurance corporation incorporated under the laws of the State of Illinois with its principal place of business in Bloomington, Illinois and is, therefore, a citizen of Illinois.

By filing this Notice of Removal, Plaintiff does not waive her right to seek to compel arbitration, or to object to jurisdiction over the person, or venue, and specifically reserves the right to assert any defenses and/or objections to which it may be qualified to assert. If any question arises as to the propriety of the removal of this action, Plaintiff respectfully requests the opportunity to submit briefing and oral argument and to conduct discovery in support of its position that subject matter jurisdiction exists.

WHEREFORE, Plaintiff, Shawndrika Lawrence prays that after all legal delays and due proceedings are had herein; that there be judgment rendered herein in favor of Plaintiff, jointly, severally and *in solido* for such damages as are reasonable in the premises, all with interest thereon from date of judicial demand until paid and for all costs of these proceedings, Plaintiff further prays for all general and equitable relief.

Dated: March 7, 2019

Shawndrika Lawrence
1641 Arts Street
New Orleans, Louisiana 70117
504-291-8371

Certificate of Service

I hereby certify that I have served a copy of this document on all counsel for record either in person or by mailing it postage prepaid on this

7 day of March, 20 19

_____
Signature