34TH JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO. 2016-0430                                    DIVISION "A"

SHAWNDRIKA LAWRENCE

VERSUS

CENTER PROPERTIES, L.L.C., ET AL.

FILED **MAR 0 7 2019**

_____
DEPUTY CLERK

**ORDER**

Before the Court is Plaintiff, Shawndrika Lawrence motion to remove the above-captioned matter to the United States Eastern District Court of Louisiana, pursuant to 28 U.S.C. § 1441 AND 1446, where it is currently pending Case No. 2016-0430. Plaintiff Shawndrika Lawrence, hereby request to remove this civil action from the 34th Judicial District Court of Louisiana, where it is currently pending Case No. 2016-0430, to the United States Eastern District Court of Louisiana. This Court has original jurisdiction over this case pursuant to both 28 U.S.C. § 1331 (Federal Question), 28 U.S.C. § 1332 (Diversity of Citizenship), and 28 U.S.C. § 1442 (Federal Officer Removal), on the grounds that this civil claim arises under the Constitution, laws, or treaties of the United States.

**GROUNDS FOR REMOVAL**

**I.   Federal Question Jurisdiction**

Plaintiff filed an amended complaint on February 5, 2019 adding St. Bernard Parish Government Housing and Redevelopment and Re Max Real Estate Partners Corporation as Defendants in the amended complaint.

**II.   Complete Diversity of Citizenship Exists Between Plaintiffs and All Defendants.**

Plaintiff Shawndrika Lawrence is a resident, citizen and domiciliary of the State of Louisiana, and is, therefore, a citizen of Louisiana, Defendant Center Properties sole officer Anthony Vo is a resident, citizen and domiciliary of the State of Texas, and is, therefore, a citizen of Texas, Defendant State Farm Fire and Casualty Corporation is a foreign insurance corporation incorporated under the laws of the State of Illinois with its principal place of business in Bloomington, Illinois and is, therefore, a citizen of Illinois.

By filing this Notice of Removal, Plaintiff does not waive her right to seek to compel arbitration, or to object to jurisdiction over the person, or venue, and specifically reserves the right to assert any defenses and/or objections to which it may be qualified to assert. If any question arises as to the propriety of the removal of this action, Plaintiff respectfully requests the opportunity to submit briefing and oral argument and to conduct discovery in support of its position that subject matter jurisdiction exists.

WHEREFORE, Plaintiff, Shawndrika Lawrence prays that after all legal delays and due proceedings are had herein; that there be judgment rendered herein in favor of Plaintiff, jointly, severally and *in solido* for such damages as are reasonable in the premises, all with interest thereon from date of judicial demand until paid and for all costs of these proceedings, Plaintiff further prays for all general and equitable relief.

## **ORDER**

Considering the above and forgoing Plaintiff's Motion to Remove;

IT IS ORDERED that in the above-entitled and numbered proceeding Plaintiff's Motion to Remove is granted.

Chalmette, Louisiana this __7__ day of __March__, 2019.

_____

JUDGE

Respectfully submitted,

_____

SHAWNDRIKA LAWRENCE (In Proper Person)
1641 ARTS STREET
NEW ORLEANS, LA 70117
TELEPHONE: (504) 291-8371

**CERTIFICATE OF SERVICE**

I certify that on the __7__ day of __March__, 2019, I have forwarded a copy of this document to all counsel of record by U.S. mail, first-class postage prepaid.

_____

PLEASE SERVE:

CENTER PROPERTIES, LLC
Through its attorney of record:
Rene Sabathier
1901 Manhattan Blvd. – F503
Harvey, LA 70058

CENTER PROPERTIES, LLC
Through its attorney of record:
Jared A. Davidson
Derrick Jusczak
Taylor, Wellons, Politz & Duhe
1515 Poydras Street, Suite 1900
New Orleans, LA 70112

Gerald Miller
1901 Manhattan Blvd. – C206
Harvey, LA 70058

Re/Max Real Estate Partners Corporation
Through its registered agent for service:
Thomas Giroir
4141 Veterans Blvd.
Metairie, LA 70002

State Farm Fire & Casualty Company
Through its attorney of record:
John McAuliffe, Jr.
Frederick A. Miller & Associates
3850 N. Causeway Blvd. – Suite 1700

Metairie, LA 70002

St. Bernard Parish Government Housing and Redevelopment
Through its registered agent for service:
Guy McInnis, Parish President
8201 W. Judge Perez Dr.
Chalmette, LA 70043